# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2024

### NO. 03-22-00762-CV

**Christie Turner Schultz, Appellant**

**v.**

**Derrick Schultz, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the final order in a suit to modify the parent-child relationship signed by the trial court on November 9, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the portion of the trial court's final order that awards $50,000 in attorney's fees and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.